| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>COLE, JEFFREY N. | 2. Court or Organization<br><br>US DISTRICT COURT - ILLINOIS | 3. Date of Report<br><br>05/01/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>FULL-TIME MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>219 S. DEARBORN STREET<br>STE 1828<br>CHICAGO, IL 60604 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. GENERAL MTRS ACCEPTANCE CORP. 10/15/2017 8.0% | B | Interest | | | Redeemed | 07/18/11 | K | | |
| 2. GARLAND TX WTR & SWR 3/1/2022 5.0% | B | Interest | K | T | | | | | |
| 3. GULF CST WASTE DISP AU 8/1/2024 6.1% | B | Interest | K | T | | | | | |
| 4. HAWAII ST G/IO SER 1/1/2011 5.75% | A | Interest | | | Redeemed | 01/03/11 | K | B | |
| 5. NEW YORK ST MTG AGCY 10/1/2019 5.55% | B | Interest | | | Redeemed | 09/08/11 | K | | |
| 6. TRIBOROUGH BRDG & TNL AU 1//1/2014 5.75% | B | Interest | | | Redeemed | 09/19/11 | K | | |
| 7. WILLOW RUN MI CMTY SCH G/O 5/1/2019 5.05% | A | Interest | | | Redeemed | 05/02/11 | K | | |
| 8. WISC ST TRANS REV 7/1/2012 4.75% | B | Interest | K | T | | | | | |
| 9. ALTRIA GROUP/PHILIP MORRIS INT'L | A | Dividend | J | T | | | | | |
| 10. INTEL CORP | B | Dividend | K | T | | | | | |
| 11. MICROSOFT CORP | A | Dividend | K | T | | | | | |
| 12. TEXAS ST G/O RFDG PUB FIN AUTH 5.0% 10/1/18 | B | Interest | K | T | | | | | |
| 13. WAL-MART STORES | A | Dividend | J | T | | | | | |
| 14. SCHWAB VALUE ADVANTAGE FD | A | Dividend | J | T | | | | | |
| 15. SCHWAB INTEREST | A | Dividend | J | T | | | | | |
| 16. BK OF AMERICA | A | Interest | K | T | | | | | |
| 17. UNUM GRP SR NOTES 3/1/2011 7.625% - IRA | A | Interest | | | Matured | 03/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MAY DEPT STORES 8.3% DEB 7/15/2026 - IRA | C | Interest | K | T | | | | | |
| 19. EXECUTIVE RISK CAPITAL TR 2/1/2027 8.675% - IRA | C | Interest | K | T | | | | | |
| 20. ACE LTD SER C 7.8% - IRA | C | Interest | K | T | | | | | |
| 21. RESOLUTION FDG CORP GENERIC 10/15/2016 - IRA | E | Interest | K | T | | | | | |
| 22. DUKE CAPITAL SR NOTES 2/15/2013 6.25% - IRA | B | Interest | K | T | | | | | |
| 23. AT&T CORP NOTES 3/15/2013 6.5% - IRA | A | Interest | | | Sold | 03/29/11 | K | B | |
| 24. LEUCADIA NAT'L 11/15/2013 7.75% - IRA | B | Interest | K | T | | | | | |
| 25. NCNB 7/15/2015 10.2% - IRA | B | Interest | K | T | | | | | |
| 26. NAT'L RURAL UTILITY COOP 10/1/2015 7.2% - IRA | B | Interest | K | T | | | | | |
| 27. ITT HARTFORD GRP DEB 11/1/2015 7.3% - IRA | B | Interest | K | T | | | | | |
| 28. ALLEGIANCE CORP DEB 10/15/2016 7.8% - IRA | B | Interest | K | T | | | | | |
| 29. RYDER SYS DEB 5/15/2017 9.875% - IRA | C | Interest | K | T | | | | | |
| 30. GM ACCEPTANCE SMARTNOTES 8/15/2017 7.25% - IRA | A | Interest | | | Sold | 07/19/11 | K | | |
| 31. GM ACCEPTANCE SMARTNOTES 8.9/15/2017 7.25% - IRA | A | Interest | | | Sold | 07/19/11 | K | | |
| 32. CITICORP CAPITAL 2/15/2027 7.933% - IRA | C | Interest | K | T | | | | | |
| 33. ST PAUL CAPITAL TR PFD 7.6% - IRA | C | Interest | K | T | | | | | |
| 34. TXU CORP - IRA | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BAXTER INT'L - IRA | B | Dividend | J | T | | | | | |
| 36. EXXONMOBIL - IRA | B | Dividend | K | T | | | | | |
| 37. HOME DEPOT - IRA | B | Dividend | J | T | | | | | |
| 38. JOHNSON & JOHNSON - IRA | B | Dividend | J | T | | | | | |
| 39. MICROSOFT - IRA | B | Dividend | J | T | | | | | |
| 40. WAL-MART STORES - IRA | B | Dividend | J | T | | | | | |
| 41. WALGREENS - IRA | B | Dividend | J | T | | | | | |
| 42. KOHLS NOTES 6.3% - IRA | A | Interest | | | Matured | 03/01/11 | K | | |
| 43. METRO DC ARPT 10/1/2020 5.375% | B | Interest | K | T | | | | | |
| 44. HOUSTON TX ARPT SYS REV 7/1/2022 5.0% | B | Interest | K | T | | | | | |
| 45. NORTHSIDE TX INDPT SCH DIST 2/15/2023 5.0% | A | Interest | | | Redeemed | 02/15/11 | K | | |
| 46. CAMDEN ALA INDL DEV BRD RFD 6.125% 12/1/24 WYERHAEUSER SER A | B | Interest | K | T | | | | | |
| 47. AVAYA | A | Dividend | K | T | | | | | |
| 48. VERIZON NY DEB SER A 4/1/2012 6.875% | B | Interest | | | Redeemed | 11/28/11 | K | | |
| 49. ALLTEL SR NOTES 7/1/2012 7.0% | B | Interest | K | T | | | | | |
| 50. POWERWAVE TECHNOLOGIES | | None | J | T | | | | | |
| 51. LEHMAN BROS HLDGS 7.95% | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CENTURY TEL SR NT 7.85% | B | Interest | K | T | | | | | |
| 53. VALERO ENERGY 6.85% | B | Interest | K | T | | | | | |
| 54. CONSTELLATION ENERGY GRP JR SUB DEB 8.625% | B | Interest | K | T | | | | | |
| 55. WESTERN UNION NT 5.4% | B | Interest | | | Redeemed | 11/17/11 | K | A | |
| 56. ALABAMA ST FED AID HWY FIN AUTH 5.0% | B | Interest | K | T | | | | | |
| 57. PUERTO RICO PUN FIN CORP RFDG COMWLTH 5.0% | B | Interest | K | T | | | | | |
| 58. TX MUN GAS ACQ SPLY SER A 5.0 % | B | Interest | | | Redeemed | 12/15/11 | K | | |
| 59. TX MUN GAS ACQ SPLY SER A 5.25 % | B | Interest | K | T | | | | | |
| 60. COMCAST NEW NT 5.5% | A | Interest | | | Redeemed | 03/15/11 | K | A | |
| 61. TRICON GLOBAL REST SR NT 8.875% | B | Interest | | | Redeemed | 04/15/11 | K | | |
| 62. ANCHORAGE AK ELEC UTIL REV RFD 4.5% | B | Interest | | | Redeemed | 12/01/11 | K | | |
| 63. JC PENNY NT 9.0% | B | Interest | K | T | | | | | |
| 64. PEPSICO | A | Dividend | J | T | | | | | |
| 65. TEVA PHARM INDS LTD ADRF | A | Dividend | | | Sold | 12/19/11 | J | | |
| 66. CBS CORP NEW GTD SR NT 5/15/2014 8.2% | B | Interest | K | T | | | | | |
| 67. CHUBB CORP SR NT 4/1/2013 5.2% | B | Interest | K | T | | | | | |
| 68. GENERAL MILLS NT 9/10/2012 5.654% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WISCONSIN ST SER A 5/1/2021 4.5% | B | Interest | K | T | | | | | |
| 70. BROWARD CNTY FL SCH BD CTFS SER A 7/1/2013 3.5% | A | Interest | K | T | | | | | |
| 71. JOHN DEERE CAP GLOBAL NT 1/15/2013 5.1% | B | Interest | K | T | | | | | |
| 72. JEFFRIES GRP NEW SR NT 3/15/2012 7.75% | B | Interest | | | Redeemed | 11/09/11 | K | | |
| 73. KRAFT FDS 2/11/2013 6.0% | B | Interest | | | Redeemed | 11/01/11 | J | A | |
| 74. NAT'L OILWELL VARCO SR NT 8/15/2015 6.125% | B | Interest | K | T | | | | | |
| 75. PFIZER COM | A | Dividend | K | T | | | | | |
| 76. PRINCIPAL FINL GRP ST NT 5/15/2014 7.875% | B | Interest | K | T | | | | | |
| 77. WASTE MGMT SR NT 11/15/2012 6.375% | B | Interest | K | T | | | | | |
| 78. FD AMERICAN SR NT 5/15/2013 5.875% | A | Interest | | | Sold | 04/21/11 | K | A | |
| 79. VERIZON NY SR DEB SER A 4/1/2012 6.875% | B | Interest | | | Redeemed | 11/28/11 | K | | |
| 80. NAT'L AUSTRALIA BK LTD NT 5.75% 12/19/13 | B | Interest | | | Redeemed | 07/07/11 | K | C | |
| 81. ANHEUSER BUSCH GTD NT 9.75% 11/17/15 | D | Interest | L | T | | | | | |
| 82. ASPEN INS HLDGS SR NT 6.0% 8/15/14 | B | Interest | K | T | | | | | |
| 83. BB&T CORP SUB NT 4.9% 6/30/17 | B | Interest | K | T | | | | | |
| 84. TRANSOCEAN INC SR NT 5.25% 3/15/13 | B | Interest | K | T | | | | | |
| 85. TRANSOCEAN INC CONV NT 1.5% 12/15/37 | A | Interest | | | Redeemed | 12/16/11 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | DRESDNER BK AG NT 7.25% 9/15/15 | B | Interest | | | Redeemed | 05/11/11 | K | A | |
| 87. | MERRILL LYNCH INC SUB NT 5.7% 5/2/17 | A | Interest | | | Redeemed | 03/29/11 | K | | |
| 88. | QUEST CORP FXD RT 7.625% 6/15/15 | B | Interest | K | T | | | | | |
| 89. | AUSTRALIAN GVT NT 5.75% 4/15/12 | B | Interest | | | Redeemed | 07/07/11 | K | C | |
| 90. | DONNELLEY & SONS CO RR SR NT 5.5% 5/15/15 | B | Interest | K | T | | | | | |
| 91. | GATX CORP FXD RT SR NT 4.75% 5/15/15 | B | Interest | K | T | | | | | |
| 92. | QUEST CORP NT 7.5% 10/1/14 | A | Interest | K | T | | | | | |
| 93. | SEALED AIR CORP NEW SR NT 7.875% 6/15/17 | B | Interest | K | T | | | | | |
| 94. | TEMPLETON GLOBAL BD FD ADVISOR | B | Dividend | K | T | | | | | |
| 95. | TOYOTA MTR CREDIT CORP 6.375% 1/18/11 -IRA | A | Interest | | | Redeemed | 01/18/11 | K | | |
| 96. | ANDARKO PETE CORP SR NT 7.625% 3/15/14 - IRA | B | Interest | K | T | | | | | |
| 97. | AMEREM CORP SR NT 8.875% 5/15/14 - IRA | B | Interest | K | T | | | | | |
| 98. | DIRECT TV HLDGS LLC NT 6.375% 6/15/15 - IRA | A | Interest | | | Sold | 06/15/11 | K | | |
| 99. | BUNGE LTD FIN CORP SR NT 5.1% 7/15/15 - IRA | B | Interest | K | T | | | | | |
| 100. | WILLIS NO AMERICAN INC SR NT 5.625% 7/15/15 - IRA | B | Interest | K | T | | | | | |
| 101. | ENDURANCE SPECIALTY HLDGS LTD SR NT 6.15% 10/15/15 - IRA | B | Interest | K | T | | | | | |
| 102. | UNITRIN INC FXD RT SR NT 6.0% 11/30/15 - IRA | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HORACE MANN EDUCATORS CORP NEW SR NT 6.85% 4/15/16 - IRA | A | Interest | K | T | | | | | |
| 104. ALLIED WORLD ASSURANCE 7.5% 8/1/16 - IRA | A | Interest | K | T | | | | | |
| 105. FIDELITY NAT'L FINC'L NEW SR NT 6.6% 5/15/17 - IRA | A | Interest | K | T | | | | | |
| 106. DREYFUS TREASURY PRIME INV SHS MNY MKT | A | Interest | M | T | | | | | |
| 107. BP PLC SPONS ADR - IRA | A | Interest | | | Sold | 10/14/11 | K | | |
| 108. TEMPLETON GLOBAL BD FD ADVISOR - IRA | B | Dividend | L | T | | | | | |
| 109. TEMPLETON GLOBAL BD FD ADVISOR - IRA | B | Dividend | L | T | | | | | |
| 110. SPROTT PHYSICAL SILVER TR - IRA | | None | | | Sold | 04/29/11 | M | F | |
| 111. DREYFUS TREAS PRIME INV SH - IRA | A | Interest | M | T | | | | | |
| 112. CNA FINCL CORP NT 5.85% 12/15/14 - IRA | B | Interest | K | T | | | | | |
| 113. CENTRAL GOLDTRUST TR UNIT - IRA | | None | K | T | | | | | |
| 114. U.S TRASURY NTS 1.625% 1/15/18 | A | Interest | | | Sold | 08/31/11 | M | D | |
| 115. U.S TRASURY NTS 1.375% 7/15/18 | A | Interest | | | Sold | 08/31/11 | M | D | |
| 116. PRUDENTIAL FINC'L NTS 5.1% 12/14/11 | A | Interest | | | Redeemed | 12/14/11 | K | | |
| 117. WALT DISNEY CO NTS 4.5% 12/15/13 | A | Interest | K | T | | | | | |
| 118. DAIMLER INT'L FIN BV 3.75% 6/10/14 | A | Interest | K | T | Buy | 07/21/11 | K | | |
| 119. JOHNSON & JOHNSON COM | B | Dividend | L | T | Buy | 01/05/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. VANGUARD SHT TERM BD INDEX SIGNAL | B | Dividend | M | T | Buy | 01/24/11 | M | | |
| 121. NABORS INDS LTD SHS | | None | | | Buy | 02/08/11 | L | | |
| 122. NABORS INDS LTD SHS | | None | | | Sold | 08/05/11 | K | | |
| 123. DIAMLER INT'L FIN BV 4.25% 4/22/14 | | None | K | T | Buy | 06/06/11 | K | | |
| 124. KOENIGREICH NORWEIGAN BD 6.5% 5/15/13 | B | Interest | K | T | Buy | 02/15/11 | K | | |
| 125. INTER AMERICAN DEV BK 9.5% 1/6/14 | | None | K | T | Buy | 01/20/11 | K | | |
| 126. INT'L FINANCE CORP IFC 8.0% 9/17/12 | B | Interest | K | T | Buy | 01/11/11 | K | | |
| 127. FIDELITY FLOATING RATE HI INC | C | Interest | M | T | Buy | 01/21/11 | M | | |
| 128. NOVARTIS AG ADR | | None | | | Buy | 08/12/11 | K | | |
| 129. NOVARTIS AG ADR | | None | | | Sold | 08/15/11 | K | A | |
| 130. URANIUM PARTN CORP COM | | None | K | T | Buy | 03/18/11 | K | | |
| 131. TEMPLETON GLOBAL FD ADVISOR | C | Dividend | K | T | Buy | 02/07/11 | K | | |
| 132. APPLESEED FD | A | Dividend | K | T | Buy | 02/07/11 | K | | |
| 133. APPLESEED FD | | None | | | Sold (part) | 12/01/11 | J | A | |
| 134. VANGUARD ST BD INDEX SIGNAL | A | Dividend | K | T | Buy | 05/09/11 | K | | |
| 135. TOTAL CAPITAL EMTN 6.5% 6/4/12 | B | Interest | K | T | Buy | 05/19/11 | K | | |
| 136. BMW FINANCE NV 4.25% 4/15/14 | A | Interest | K | T | Buy | 07/07/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. AUSTRALIA NTS 4.75% 11/15/12 | A | Interest | K | T | Buy | 05/09/11 | K | | |
| 138. UBS AG AUSTRALIA BRCH NTS 6.25% 8/26/13 | B | Interest | | | Buy | 01/11/11 | K | | |
| 139. UBS AG AUSTRALIA BRCH NTS 6.25% 8/26/13 | A | Interest | | | Sold | 07/11/11 | K | B | |
| 140. WACHOVIA CORP NTS 6.75% 05/25/12 | B | Interest | K | T | Buy | 02/22/11 | K | | |
| 141. KING OF SWEDEN 5.5% 10/18/12 | B | Interest | K | T | Buy | 04/11/11 | K | | |
| 142. HYUNDAI CAPITAL SVCS 2.0% 11/27/13 | A | Interest | K | T | Buy | 07/19/11 | K | | |
| 143. THOMSON CORP DEB 5.2% 12/1/04 | B | Interest | K | T | Buy | 04/06/11 | K | | |
| 144. AMERISOURCEBERGEN CORP SR NTS 5.625% - 9/15/12 - IRA | | None | K | T | Buy | 11/12/11 | K | | |
| 145. MARRIOTT INT'L INC NEW NT SER J 5.625% 2/15/13 - IRA | | None | K | T | Buy | 11/03/11 | K | | |
| 146. COMPUTER SCIENCES CORP SR NTS FIXED RT 5.5% 03/15/13 - IRA | | None | K | T | Buy | 11/22/11 | K | | |
| 147. MONTPELIER RE HLDGS LTD SR NTS 6.125% 8/15/13 - IRA | A | Interest | K | T | Buy | 04/19/11 | K | | |
| 148. COMMERCIAL METALS CO SR NTS 5.625% 11/15/13 - IRA | A | Interest | K | T | Buy | 08/29/11 | K | | |
| 149. AMERICAN EXPRESS CR CORP MED TRM NTS 7.3% 8/20/13 - IRA | A | Interest | K | T | Buy | 08/15/11 | K | | |
| 150. FIDELITY NAT'L FINL INC NEW SR NTS FXD 6.6% 5/15/17 - IRA | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 151. ORIX CORP NTS 5.0% 01/12/16 - IRA | A | Interest | K | T | Buy | 01/19/11 | K | | |
| 152. BEST BUY INC FXD RT NTS 3.75% 03/15/16 - IRA | | None | K | T | Buy | 12/21/11 | K | | |
| 153. AVNET INC NTS 6.625% 9/15/16 - IRA | | None | K | T | Buy | 09/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. TRANSOCEAN INC SR NTS 1.5% 12/15/37 | A | Interest | K | T | Buy | 10/18/11 | K | | |
| 155. AVON PRODUCTS INC COM - IRA | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 156. CENTRAL GOLDTRUST TR UNIT - IRA | | None | L | T | Buy | 04/06/11 | L | | |
| 157. NOVARTIS AG ADR - IRA | | None | K | T | Buy | 11/18/11 | K | | |
| 158. SEALED AIR CORP NEW COM - IRA | A | Dividend | K | T | Buy | 08/31/11 | K | | |
| 159. WEYERHAEUSER CO - IRA | A | Dividend | L | T | Buy | 10/03/11 | L | | |
| 160. CENTRAL FD CDA LTD CL A | | None | K | T | Buy | 03/24/11 | K | | |
| 161. WINTERGREEN FD | | None | K | T | Buy | 05/13/11 | K | | |
| 162. SPROTT PHYSICAL GOLD TR UNIT | | None | M | T | Buy | 04/29/11 | M | | |
| 163. NEW ZEALAND NTS | | None | | | Buy | 06/14/11 | K | | |
| 164. NEW ZEALAND NTS | | None | | | Sold | 11/15/11 | K | | |
| 165. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JEFFREY N. COLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544